# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Casualty Company,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Stephen Evans, et al.,<br><br>　　　　　　　　Defendants. | **NO. CV-13-02379-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 20, 2015, judgment is entered in favor of plaintiff and against defendants. Plaintiff is awarded a declaratory judgment regarding Stephen Evans.

　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 20, 2015

　　　　　　　　　　　　　　　　　　　s/ Linda Patton
　　　　　　　　　　　　　　　　By　 Deputy Clerk